

**SO ORDERED.**
**SIGNED this 29th day of September, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**CHARLES EDWARD WHITE**                    Case No. **3:22-bk-30617-SHB**
                                            Chapter 7

Debtor.

### ORDER AUTHORIZING RYAN E. JARRARD, TRUSTEE, TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS WITH LIENS ATTACHING TO PROCEEDS

This case came before the Court for hearing September 29, 2022, upon the Trustee's Motion to Sell Real Property of the Estate free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the real property generally known as 506 Mitchell Drive, Knoxville Tennessee, 37912, after service of a copy of the Motion to Sell, and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all required parties. No objections were filed. The Court is therefore of the opinion that the relief should be granted as requested.

1. That the Trustee is authorized to sell the real property of the debtor generally known as 506 Mitchell Drive, Knoxville Tennessee, 37912 to Kevin Tipton for $106,500.00

2. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed. The Trustee has sought a payoff from the Estate of Jerry E. Bedwell, Jerry E. Bedwell, administrator, holder of a consensual lien of $34,535.00 pre-petition. If Mr. Bedwell does not prove his lien and payoff amount to the satisfaction of the Trustee, it will not be paid from closing, but his lien will be discharged and his claim, as may be allowed, will attach to the proceeds of sale.

3. The Debtor shall amend his Schedule C to change his claimed exemption in 506 Mitchell Drive, Knoxville Tennessee, 37912 from $35,000.00 to $17,500.00 within fifteen (15) days of the date of entry of this order.

4. The Trustee shall file a report of sale within 10 days following the sale.

5. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

6. The trustee shall hold the net proceeds from the sale subject to the further orders of this court.

###

APPROVED:

RYAN E. JARRARD, TRUSTEE

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Horizion Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile