<u>IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE</u>

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES EDWARD WHITE | ) | Case No. 3:22-30617-SHB |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

<u>NOTICE OF AMENDMENT</u>

Comes now the Debtor, by and through counsel, and pursuant to E.D. Tenn. LR 1009-1(b), does hereby give notice of the following amendment(s):

1. Amending Schedule C to change homestead exemption to $17,500.

**Dated: October 13, 2022**

                                                                         <u>s/Richard M. Mayer</u>
                                                                         <u>s/John P. Newton, Jr.</u>
                                                                          Richard M. Mayer, #5534
                                                                          John P. Newton, Jr., #010817
                                                                          Attorneys at Law
                                                                          1111 Northshore Drive, Suite S-570
                                                                          Knoxville, Tennessee 37919
                                                                          (865) 588-5111 Telephone

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties via U. S. Mail [postage prepaid], email, and/or Electronic Case Filing:

Tiffany Diiorio
Office of the U.S. Trustee

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

                                   s/Richard M. Mayer
                                   s/John P. Newton, Jr.
                                   Richard M. Mayer, #5534
                                   John P. Newton, Jr., #010817
                                   Attorneys at Law
                                   1111 Northshore Drive, Suite S-570
                                   Knoxville, Tennessee 37919
                                   (865) 588-5111 Telephone

**Dated: October 13, 2022**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Edward** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number (if known) | 3:22-bk-30617-SHB | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt             4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **506 Mitchell Road Knoxville, TN 37912  Knox County**<br>**House and lot**<br>Line from *Schedule A/B*: **1.1** | $65,500.00 | ■ $17,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-301(a)** |
| **LR Suit, DR Suit, Washer/Dryer, Microwave, Refrigerator, BR Suit, Stove, Kitchen Utensils, Dishwasher, Lawn Mower, Weedeater, Tools, Garden Tools**<br>Line from *Schedule A/B*: **6.1** | $2,610.00 | ■ $2,610.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **3 TVs, Cell Phone, DVD Player, Speakers**<br>Line from *Schedule A/B*: **7.1** | $225.00 | ■ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |

| Debtor 1 | **Charles Edward White** | | Case number (if known) | **3:22-bk-30617-SHB** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $7.00 | ■ $7.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Checking: ORNL Fed. CU**<br>Line from *Schedule A/B*: **17.1** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: ORNL Fed. CU**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **SS Disability Benefits \*\*DEBTOR HAS APPLIED FOR BENEFITS\*\***<br>Line from *Schedule A/B*: **30.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. §§ 26-2-111(1)(A),(B),(C)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 2 of 2

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULE C

    I, Charles Edward White declare under penalty of perjury that I have read the above Amendment, and the matters stated therein are true and correct to the best of my knowledge, information and belief.

DATED: 10/13/2022                                    /s/CHARLES EDWARD WHITE

DATED: 10/13/2022                                    /s/RICHARD MAYER  /s/JOHN NEWTON

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio
Office of the U.S. Trustee
800 Market Street, Ste. 114
Knoxville, TN 37902

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

Dated: 10/13/2022                                    /s/John P. Newton  /s/Richard M. Mayer
                                                                                       John P. Newton   #010817
                                                                                       Richard M. Mayer #0054
                                                                                       Attorneys at Law
                                                                                       1111 Northshore Drive, Suite S-570
                                                                                       Knoxville, Tennessee 37919
                                                                                       (865) 588-5111 Telephone

```
Label Matrix for local noticing            United States Bankruptcy Court            ASSOCIATION OF UNIVERSITY RADIOLOGIST,PC
0649-3                                     Howard H. Baker Jr. U.S. Courthouse       c/o Wakefield & Associates, LLC
Case 3:22-bk-30617-SHB                     Suite 330, 800 Market Street              PO Box 51272
Eastern District of Tennessee              Knoxville, TN 37902-2343                  Knoxville, TN 37950-1272
Knoxville
Thu Oct 13 14:33:44 EDT 2022

Association of University Radiologist      Barbara Meizler                           (p)CITY OF KNOXVILLE
c/o Wakefield & Associates, Inc.           506 Mitchell Drive                        ATTN COMMUNITY DEVELOPMENT/SANDRA GROVES
P.O. Box 50250                             Knoxville, TN 37912-4242                  P O BOX 1631
Knoxville, TN 37950-0250                                                             KNOXVILLE TN 37901-1631


Comcast Cable                              Convergent Outsourcing, Inc.              Daniel A. Sanders
P.O. Box 71211                             800 S.W. 39th Street, Ste 100             Knox Co. Delinquent Tax Attorney
Charlotte, NC 28272-1211                   P.O. Box 9004                             Office of the Knox Co. Trustee
                                           Renton, WA 98057-9004                     P.O. Box 70
                                                                                     Knoxville, TN 37901-0070


(p)ALCOA BILLING CENTER BANKRUPTCY NOTICES HRRG                                      Heather A. Quinn-Bader
ATTN JUAN CARPIO                           P.O. Box 5406                             Successor Trustee
3429 REGAL DR                              Cincinnati, OH 45273-0001                 408 Windham Hill Road
ALCOA TN 37701-3265                                                                  Knoxville, TN 37934-4551


Internal Revenue Service                   Jerry E. Bedwell                          Kenny L. Saffles, Esq.
Centralized Insolvency Operations          505 Irwin Road                            Howard H. Baker Jr. US Courthouse
P.O. Box 7346                              Powell, TN 37849-4452                     800 Market Street, #211
Philadelphia PA 19101-7346                                                           Knoxville, TN 37902-2342


Knox County Trustee                        SE Emergency Physicians                   SOUTHEASTERN EMERGENCY PHYSICIANS, LLC
Property Tax Division                      P O Box 740023                            c/o Wakefield & Associates, LLC
P.O. Box 70                                Cincinnati, OH 45274-0023                 PO Box 51272
Knoxville TN 37901-0070                                                              Knoxville, TN 37950-1272


Tony Neely                                 United States Trustee                     University Radiology
1545 Western Avenue, #200                  800 Market Street, Suite 114              PO Box 11167
Knoxville TN 37921-6339                    Howard H. Baker Jr. U.S. Courthouse       Knoxville, TN 37939-1167
                                           Knoxville, TN 37902-2303


VISTA RADIOLOGY PC                         (p)WAKEFIELD & ASSOCIATES                 Charles Edward White
c/o Wakefield & Associates, LLC            PO BOX 51272                              506 Mitchell Drive
PO Box 51272                               KNOXVILLE TN 37950-1272                   Knoxville, TN 37912-4242
Knoxville, TN 37950-1272


Jerry E. Bedwell, Jr.                      John P. Newton Jr.                        Richard M. Mayer
c/o Maurice K. Guinn, Attorney             Law Offices of Mayer & Newton             Law Offices of Mayer & Newton
Gentry, Tipton & McLemore, P.C.            1111 Northshore Drive                     1111 Northshore Drive
P.O. Box 1990                              Suite S-570                               Suite S-570
Knoxville, TN 37901-1990                   Knoxville, TN 37919-4084                  Knoxville, TN 37919-4084


Ryan Jarrard
Quist Fitzpatrick & Jarrard
800 South Gay Street, Suite 2121
Knoxville, TN 37929-9711
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Knoxville<br>ATTN: Property Tax Division<br>P.O. Box 1631<br>Knoxville TN 37901 | HCFS Healthcare Financial Services, LLC<br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701-3265 | Wakefield & Associates, Inc. (1)<br>PO Box 59003<br>Knoxville, TN 37950-9003 |

(d)Wakefield and Associates
PO Box 50250
Knoxville, TN 37950-0250

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mark Lane
Coldwell Banker & Wallace

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28