

**SO ORDERED.**
**SIGNED this 12th day of January, 2023**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

IN RE:

**CHARLES EDWARD WHITE**          Case No. **3:22-bk-30617-SHB**
                                          Chapter 7

            Debtor.

### ORDER

Upon the application of Ryan E. Jarrard, Trustee, seeking authority to employ Jim Stiles and the accounting firm of Jim Stiles, CPA, PLLC as his accountant with respect to the tax needs of the estate, and it appearing to the Court that Steve Cooper and the accounting firm of Jim Stiles, CPA, PLLC does not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied; the application is **GRANTED.**

Ryan E. Jarrard, Trustee, shall be and he hereby is, authorized to employ Steve Cooper and the accounting firm of Jim Stiles, CPA, PLLC under the terms and conditions set forth in his application and the applicable requirements of application and notice before compensation is paid.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Chapter 7 Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Horizon Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 212
REJ@qcflaw.com